PHILLIPS LYTLE LLP
ONE CANALSIDE, 125 MAIN STREET
BUFFALO, NEW YORK 14203
Edward S. Bloomberg, Esq.
(716) 847-8400
ebloomberg@phillipslytle.com

DENTONS US LLP
101 JFK PARKWAY, FOURTH FLOOR
SHORT HILLS, NEW JERSEY 07078
Shawn L. Kelly, Esq. (Admitted *Pro Hac Vice*)
Jonathan D. Henry, Esq. (Admitted *Pro Hac Vice*)
(973) 912-7100
shawn.kelly@dentons.com
jonathan.henry@dentons.com

Attorneys for Defendant Providence Washington Insurance Company, as successor in interest by way of merger to Seaton Insurance Company, f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company (*improperly impleaded as Seaton Insurance Company Individually and as Successor to Unigard Insurance Company*)

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| RHODA PEACE, Executrix of the Estate of HUBERT A. PEACE, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON AMERICA INSURANCE COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 15-cv-177 |
| EVA L. POWERS, Executrix of the Estate of ARTHUR E. NEILSON, Deceased,<br><br>Plaintiff,<br><br>v.<br><br>ONE BEACON AMERICA INSURANCE COMPANY, et al.,<br><br>Defendants. | CIVIL ACTION NO. 14-cv-1093 |

**DEFENDANT SEATON INSURANCE COMPANY'S RESPONSE IN OPPOSITION TO<u>PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT</u>**

94180698

Defendant Providence Washington Insurance Company, as successor in interest by way of merger to Seaton Insurance Company, f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company (*improperly impleaded as Seaton Insurance Company Individually and as Successor to Unigard Insurance Company*) ("Seaton") respectfully submits this Response in Opposition to the Motions for Summary Judgment of plaintiff Rhoda Peace, Executrix of the Estate of Hubert A. Peace, Deceased and plaintiff Eva L. Powers, Executrix of the Estate of Arthur E. Neilson, Deceased ("Plaintiffs").  In the interest of judicial economy, Seaton incorporates by reference its Motion for Summary Judgment, its Memorandum of Law in Support of its Motion for Summary Judgment, its Combined Reply in Support of its Motion for Summary Judgment and Response in Opposition to Plaintiff's Motion for Summary Judgment, its Statement of Undisputed Material Facts, its Statement of Additional Material Facts, and all associated filings in the *Mineweaser* matter, Case No. 14-cv-585 (*"Mineweaser"*).  (*Mineweaser* Doc. Nos. 93-97, 129-132).  For the reasons set forth in detail therein, Plaintiffs' Motions for Summary Judgment in the instant cases should be denied.

WHEREFORE, Seaton respectfully requests that Plaintiffs' Motions for Summary judgment be denied, and that Seaton be granted such other and further relief as this Court deems just and proper.

94180698

2

        PHILLIPS LYTLE LLP

        BY: **/S/ EDWARD S. BLOOMBERG**
             EDWARD S. BLOOMBERG

        DENTONS US LLP

        BY: **/S/ SHAWN L. KELLY**
             SHAWN L. KELLY

        Attorneys for Defendant Providence Washington Insurance Company, as successor in interest by way of merger to Seaton Insurance Company, f/k/a Unigard Security Insurance Company, f/k/a Unigard Mutual Insurance Company (*improperly impleaded as Seaton Insurance Company Individually and as Successor to Unigard Insurance Company*)

Date:  February 9, 2016

94180698